# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| TERRY L. MARSTELLA,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1 and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,<br><br>    Defendants. | CASE NO.: _____<br>**Removed from:**<br>Commonwealth of Kentucky<br>Clark Circuit Court<br>Civil Action No. 17-CI-00522 |

## **DEFENDANTS' NOTICE OF REMOVAL**

Defendants AT&T Umbrella Benefit Plan No. 3 (formerly known as AT&T Umbrella Benefit Plan No. 1) and Sedgwick Claims Management Services, Inc. (jointly referenced hereafter as "Defendants") file their Notice of Removal of this civil action from the Clark Circuit Court for the Commonwealth of Kentucky, in which it is now pending, pursuant to 28 U.S.C. § 1446. The grounds for removal are as follows:

1.  Plaintiff filed his Complaint in this action on or about November 10, 2017, in the Clark Circuit Court for the Commonwealth of Kentucky.

2.  The Summons and Complaint were served on CT Corporation, the registered agent for Sedgwick Claims Management Services, Inc. and various entities related to AT&T Services, Inc., the Plan Administrator of the AT&T Umbrella Benefit Plan No. 3, by certified mail on November 15, 2017.

3.  This Notice of Removal is being filed within thirty (30) days after receipt by Defendants of a copy of the Complaint and is timely filed under 28 U.S.C. § 1446(b).

4. Attached as **Exhibit A** are copies of the Summonses and Complaint, which constitute all process, pleadings, and orders served upon Defendants in this case, pursuant to 28 U.S.C. § 1446(a).

5. Defendants have provided a copy of the Notice of Removal to the Clerk of Court, Clark Circuit Court for the Commonwealth of Kentucky for filing, and to Plaintiff as provided by 28 U.S.C. § 1446(d).

6. In his Complaint, Plaintiff, a current employee of BellSouth Telecommunications, LLC, alleges entitlement to short-term disability benefits. The benefit plan at issue, the AT&T Southeast Disability Benefits Program, is a component program of the AT&T Umbrella Benefit Plan No. 3, an employee welfare benefit plan that is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 101, *et seq.* ("ERISA").

7. The District Courts of the United States are given original jurisdiction over civil actions under ERISA pursuant to 28 U.S.C. § 1331 without respect to the amount in controversy or the citizenship of the parties. Therefore, this action may be removed to the United States District Court for the Eastern District of Kentucky pursuant to the provisions of 28 U.S.C. § 1441(a).

WHEREFORE, Defendants request that this action be removed to and proceed hereafter in this Court, and that no further proceedings be held in the Clark Circuit Court for the Commonwealth of Kentucky.

This 5th day of December, 2017.

Respectfully submitted,

*/s/ LaToi D. Mayo*
LaToi D. Mayo
Jay Inman
Littler Mendelson P.S.C.
333 West Vine Street, Suite 1720
Lexington, KY  40507
Telephone: (859) 317-7974
lmayo@littler.com
jinman@littler.com

ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2017, I electronically filed the foregoing Defendants' Notice of Removal with the Clerk of Court using CM/ECF.  I also certify that the foregoing document was served this day upon counsel for Plaintiff by depositing same in the United States mail, with adequate postage thereon to ensure delivery via first class mail, addressed as follows:

> L. Dustin Riddle
> Flynt Law Offices
> P. O. Box 760
> Salyersville, KY  41465

*/s/ LaToi D. Mayo*
ATTORNEY FOR DEFENDANTS