# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

TERRY L. MARSTELLA,

    Plaintiff,

vs.

AT&T UMBRELLA BENEFIT PLAN NO. 1 and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,

    Defendants.

CASE NO.: 5:17-cv-00478-KKC

## STIPULATION AND ORDER OF DISMISSAL

NOW COME the parties to this action, through their undersigned counsel of record, pursuant to the Court's Order of October 16, 2018 (Doc. 29) and Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal of this action, with prejudice.  Neither party seeks for costs to be taxed.

All pending deadlines are SET ASIDE and this matter is STRICKEN from the active docket.

*s/ L. Dustin Riddle*
L. DUSTIN RIDDLE
Flynt Law Offices
P. O. Box 760
Salyersville, KY  41465
Telephone:  (606) 349-6210
Email:  ldridd3@yahoo.com

ATTORNEY FOR PLAINTIFF

*s/ Leon H. Lee, Jr.*
LEON H. LEE, JR.
Georgia Bar No. 443747
North Carolina Bar No. 14187
AT&T Services, Inc.
675 West Peachtree Street, NW, Suite 4300
Atlanta, GA 30308
Telephone: (404) 927-3509
Email:  LL4314@att.com

2

        LaToi D. Mayo
        Jay Inman
        Littler Mendelson P.S.C.
        333 West Vine Street, Suite 1720
        Lexington, KY  40507
        Telephone: (859) 317-7974
        lmayo@littler.com
        jinman@littler.com

        ATTORNEYS FOR DEFENDANTS